IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VONZELL SCOTT, SR.,<br><br>Plaintiff,<br><br>v.<br><br>WENDY'S PROPERTIES, LLC, a corporation,<br><br>Defendant. | Case No.: 20 cv 6829<br><br>District Judge: Manish Shah<br><br>Magistrate Judge: Maria Valdez |

**DEFENDANT'S MOTION TO BAR PLAINTIFF'S EXPERT**

Defendant, Wendy's Properties, LLC, through their counsel, Keefe, Campbell, Biery & Associates, LLC, move the Court to bar Plaintiff's proposed expert witness, Ronald Hauri, from testifying at trial. In support, Defendants state as follows:

1. Defendant moves to bar Ronald Hauri pursuant to Federal Rule of Evidence 702.

2. Along with this motion, Defendant is filing and submitting Defendant's Memorandum of Law in Support of its Motion to Bar Plaintiff's Expert.

WHEREFORE, the Defendant prays that the Honorable Court grant this motion and bar Ronald Hauri from testifying in this case. Defendant also prays for any further relief the Court deems appropriate in the premises.

Respectfully submitted,

/s/ Bradley J. Smith

Bradley J. Smith (6304031)
Keefe, Campbell, Biery & Associates, LLC
118 N. Clinton Street, Suite 300
Chicago, Illinois 60661
(312) 756-1800
(312) 756-1900
bsmith@keefe-law.com