IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Vonzell Scott, Sr. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Court No.: 20-cv-6829 |
| v. | ) | Judge Manish S. Shah |
| | ) | |
| Wendy's Properties, LLC, a corporation and Metro | ) | |
| Loss Prevention Services Group (Guard Division), | ) | |
| Inc., a corporation | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF FILING AND PROOF OF SERVICE**

TO: Bradley J. Smith, Keefe, Campbell, Biery & Associates, LLC, 118 North Clinton Street, Suite 300, Chicago, Illinois 60661 bsmith@keefe-law.com

Please take notice that on the 25th day of May, 2022 we filed *Plaintiff's Response to Defendant's Motion to Bar Plaintiff's Expert Witness* with the Clerk of the Court, a copy of which is attached hereto and served upon you.

**CERTIFICATE OF SERVICE**

I, Michael K. Muldoon, an attorney, upon oath, certify that the Notice of Filing and Proof of Service was filed on May 25, 2022 with the Clerk of the Court using the CM/ECF e-file system and I delivered a copy of each document via e-mail to each party listed above on May 25, 2022.

/s/ Michael K. Muldoon
Muldoon & Muldoon, LLC

Michael K. Muldoon
Muldoon & Muldoon, LLC
111 West Washington Street
Suite 1500
Chicago, Illinois 60602
312/739-3550
6192616
mkm@muldoonlaw.com