*S. Ronald Hauri*                                                      *Certified Protection Professional*
*312.282.6689*                                                             *ronald.hauri@gmail.com*

## CURRICULUM VITAE

## GENERAL BACKGROUND

Mr. Hauri has over 40 years of progressive experience and expertise in matters of security and law enforcement including police services and response, investigations, and management, as well as business continuity and crisis management. He has in-depth knowledge and practical experience in security and protective services including risk assessment and threat analysis, investigations, management, the development of countermeasures, and crisis management and contingency planning. He has testified extensively in various courts and has served as an expert on issues such as procedures and practices, standards, investigations, training, as well as security adequacy and negligence.

Mr. Hauri has directly performed in positions ranging from Patrolman to Chief of Police and from middle management to senior executive levels in private sector security. He has served as an Adjunct Professor, lecturer and trainer in seminars and workshops on various management and security subjects, and has provided consulting services to many companies regarding security matters. Mr. Hauri has authored numerous articles published in professional journals, has been sought out as a subject matter expert, and quoted in trade publications. He has served in leadership positions in various professional associations and community service organizations.

Mr. Hauri has been recognized by numerous organizations for outstanding achievements and dedication to various law enforcement, community service, and private sector efforts including the Illinois Police Association, Crime Stoppers International, the Illinois Association of Chiefs of Police, United States Secret Service, and ASIS International.

## EDUCATION

**Master of Arts,** (Management), Webster University, St. Louis, MO. 1991
**Bachelor of Arts,** (Applied Behavioral Sciences), National-Louis University, Evanston, IL 1981
**Associate of Applied Science,** (Law Enforcement), College of Lake County, Grayslake, IL 1981
**FBI National Academy,** (Session 152), FBI Training Academy, Quantico, VA. 1988

## CERTIFICATIONS

**Certified Protection Professional, (CPP)** American Society of Industrial Security, 1989
**Certified Fraud Examiner, (CFE)** Association of Certified Fraud Examiners, 1993
**Certified Business Continuity Planner, (CDRP)** International Disaster Recovery Institute, 1994

PLAINTIFF'S EXHIBIT A

## PROFESSIONAL EXPERIENCE

**Bradford Garrett Group, Inc.,** Libertyville, IL2009 to Present

**Managing Director**
Serving as a consultant to a Fortune 500 company and institutional client base, providing strategic risk management and corporate security services as well as litigation support and expert witness services providing testimony and consultation for both plaintiff and defendant counsel in areas of security adequacy and police procedures.

Long-term consulting engagements include serving as the Regional Security Director, Europe, Middle East & Africa with responsibility for strategy development and implementation for company-wide security programs through corporate, divisional, and site leadership in the region for a global $40B healthcare client. Provided security assessments and recommendations to regional business leaders while building a solid network of relationships within the region. Provided support of regional leadership in managing local and regional crisis as well as advice and consultation in matters of travel security and risk reduction programs. Represented Global Security across all divisions regionally, and developed opportunities for Global Security initiatives and service delivery by other departmental groups.

**Northwestern University, Center for Public Safety,** Evanston, IL2008 to 2009

**Associate Director, Management Training**
Responsible for the development and implementation of Security Management Leadership Institute and other new private sector professional development courses.

**Hauri Associates,** Libertyville, Illinois2006 to 2008

**Principal**
Operating an independent consulting firm serving a Fortune 500 company and institutional client base, providing strategic risk management and corporate security services, including strategy and program development; investigative and crisis management; as well as litigation support and expert witness services providing testimony and consultation for both plaintiff and defendant counsel in areas of security adequacy and negligence; forseeability; police procedures and conduct; negligent hiring, supervision, training, and retention; premises liability; fraud, wrongful death; investigations; crisis management; and corporate liability.

**AON CORPORATION,** Chicago, Illinois2002 to 2006

**Vice President, Global Corporate Investigations**
Within the Global Compliance Department, responsible for global investigations of fraud, abuse, employee misconduct, and incident management across the business enterprise including over 500 locations and 46,000 employees worldwide.
Previously, as VP/Director of Corporate Security and Crisis Management, developed and implemented the global corporate security and business continuity functions, including planning and service delivery to all business units including risk assessments, countermeasure design and implementation, corporate investigations, due diligence, litigation support as well as critical incident response and management.

**W.W. GRAINGER, INCORPORATED,** Lake Forest, Illinois            1999 to 2002

**Manager, Corporate Security**
Responsible for physical security of corporate assets worldwide including over 500 company Branch locations and Distribution Centers in the U.S., Canada, and Mexico. Duties included executive protection, crisis management, special projects and investigations. Conducted surveys, designed and implemented security countermeasures and systems projects. Oversaw security operations of proprietary and contract guard staffs, and coordinated security for special events. Conducted investigations of major security related incidents involving loss of company assets.

**MERCHANDISE MART PROPERTIES, INC,** Chicago, Illinois            1998 to 1999

**Director of Security**
Responsible for security and life-safety operations for the Merchandise Mart and Apparel Center in Chicago and the Design and Office Centers in Washington, DC, Highpoint, NC and others including over 7MM square feet of retail shopping mall, wholesale furnishings and design showrooms, and commercial office tenant space. Conducted surveys, design, and implementation of security countermeasures and systems projects. Conducted and managed investigations of internal and external criminal activities for MMPI and its tenant population. Oversaw security operations of proprietary and contract guard staffs, and coordinated security for major trade shows and market events.

**UNIVERSITY OF ILLINOIS at CHICAGO,** Office of International Criminal Justice,
Chicago, IL            1997 to 1998
**Director of Administration and Development**
Responsible for operational management of the Office and staff including functional responsibility for current projects, human resources, and facilities. Duties included project design initiatives and curriculum development regarding the education of U.S. and foreign national senior law enforcement executives.

**UNITED ARMORED SERVICES,** Broadview, Illinois            1996

**Vice President, Corporate Security**
Established a new department with direct responsibility for security of all company operations and assets. Responsible for investigation of all activities of a criminal (internal/external) and civil nature as well as company-wide disaster recovery planning. Duties included survey, design, and implementation of physical security projects at all company facilities, as well as contingency planning and business recovery, litigation support and asset recovery.
**Vice President, Security and Administration**
Responsibilities included the Human Resources Department, Computer Services Department, Facilities Management Department, and the Fleet Management Department, which provided support services to all operating departments throughout the company.
**Vice President, Security and Operations**
Direct responsibility for the activities of 650 employees providing services to customers through the Armored Transport, Coin Room, Money Services, Vault, and Government Services Departments at all Branches throughout Illinois, Indiana, Wisconsin, and Iowa.

**AMOCO CORPORATION**, Chicago, Illinois                              1988 to 1995

<u>**Manager, Protection Services**</u>
Direct responsibility for security, life-safety, executive protection, contingency planning and response, business recovery, and crisis communications for the headquarters facilities and various projects in the Chicago region. Responsibilities also included providing security services to and protecting the assets of numerous non-Amoco tenants within the headquarters building (fourth tallest building worldwide @ 3.3 million square feet) through a staff of 50 including a guard force (proprietary and contract), management personnel, and capital resources of $4.8MM.

Responsible for managing and conducting investigations of internal and external criminal activity for Amoco and tenant companies and for development and implementation of a full pre-employment screening program.

**NORTHWESTERN UNIVERSITY,** School of Continuing Studies, Chicago, IL 2007 to 2012

<u>**Adjunct Professor**</u>
Delivering instruction to students in the IT Risk Management Program and the Certified Fraud Examiner curriculum.

**WEBSTER UNIVERSITY,** School of Business and Technology, Great Lakes, IL  1992 to Present

<u>**Adjunct Professor**</u>
Delivering instruction to students in the Security Management Program of the Graduate School.

"Business Assets Protection"  SECR 5030;  Fall Term, 1992 to 2010
"Legal Issues and Ethics"  SECR 5010;   Summer Term, 1993-1996
"Emergency Planning"  SECR 5060;   Spring Term, 1994 to 2010
"Security Administration and Management," SECR 5020;  Fall Term, 1996, 2000, 2006, 2007, 2008
"Integrated Studies"  SECR 6000;  (Technical Reader)  Fall/Spring Terms, 1994 to 2017.

**CITY OF WAUKEGAN, POLICE DEPARTMENT,** Waukegan, Illinois      1971 to 1988

Served in the Patrol, Communications, and Crime Prevention Division and the Detective Bureau handling a wide variety of investigations and incidents including misdemeanor crimes, complex frauds, undercover operations, violent crimes against persons and all forms of major criminal cases, death investigations and traffic crashes. Participated in and conducted numerous successful joint task force operations and investigations with local, state, and federal agencies.

<u>**Chief of Police**</u>                                                               1985 to 1988
Direct responsibility for crime control and prevention through the management of capital resources of $6.8MM and staff of 185 sworn and civilian personnel in an industrialized city serving a diverse community population of 80,000 residents.

<u>**Lieutenant, Detective**</u>                                                          1980 to 1985
Served as a Commander in the Detective Bureau, Patrol Division, and Communications Division Commander, as well as the Crime Stoppers Coordinator.

<u>**Sergeant, Detective**</u>                                                            1976 to 1980
Served as a Patrol Division Shift Supervisor, and as a Detective Bureau Supervisor.

**Patrolman, Detective**                                                                                                1971 to 1976

Served in the Patrol Division answering calls-for-service, conducting preventive patrol duties and preliminary investigations of all types of crime, and enforcing traffic laws. While assigned to the Detective Bureau, duties included investigation of all types of criminal conduct through the use of various investigative methods.

## BOARDS AND COMMITTEES

| | |
|---|---|
| Investigative Standards Technical Committee, ASIS International | 2013 to 2014 |
| Council on Business Practices, Member, ASIS International | 2002 to 2010 |
| Ethics Compliance Committee, Aon Corporation | 2003 to 2006 |
| Crisis Management Committee, Director, Aon Corporation | 2003 to 2006 |
| Asset Protection Executives (APEX), Member | 1998 to 2008 |
| Standing Committee on Commercial Real Estate, Member, ASIS | 1999 to 2002 |
| Executive Referral Committee, Chairman, Chicago Chapter ASIS | 1997 to 2017 |
| Standing Committee on Transportation, Chairman, ASIS | 1997 to 1999 |
| Chicago Chapter, American ASIS International, Secretary | 1997 |
| ASIS International, Member, Board of Directors | 1996 |
| North Shore Chapter, ASIS International, Vice Chairman | 1995 |
| Chicago Crime Commission, Board of Directors, Police Committee, White Collar Crime Committee, and Nominating Committee | 1994 to 1999 |
| Standing Committee on Crime and Loss Prevention, ASIS International | 1993 to 1995 |
| Illinois Anti-Car Theft Committee, Secretary | 1991 to 1994 |
| Security Committee, Building Owners & Managers Association, Chairman and Member | 1989 to 1999 |
| Cook County Crime Stoppers, Incorporated, Chairman | 1989 to 1995 |
| Illinois State Crime Stoppers Association, Treasurer | 1990 |
| Chicagoland Chamber of Commerce, Crime Prevention Committee | 1990 to 1997 |
| Illinois Association of Chiefs of Police, Public-Private Liaison Committee | 1988 to 1996 |
| Northern Illinois Public Safety Communications Corporation, Chairman | 1987 |
| Northeastern Illinois Multi-Regional Training Board, Board of Directors | 1985 to 1988 |
| Northern Illinois Police Crime Laboratory, Board of Directors | 1985 to 1988 |
| Northeast Metropolitan Enforcement Group, Board of Directors | 1985 to 1988 |
| Lake County Crime Stoppers, Incorporated, Executive Director | 1984 |

## PUBLICATIONS

"Crime Stoppers Succeeds", Law and Order Magazine, 1982, Author.

"Risk Management: An Aid To Systematic Security Planning", Security Technology and Design Magazine, 1995, co-author.

"Taking Life-Safety To New Heights", Security Management Magazine, 1996, Author.

"Reviews," Security Management Magazine, 1996, "Causes of Death in the Workplace", Reviewer.

"Public-Private Security Liaison: The Synergy of Cooperation", Crime & Justice International, 1997, Author.

"Counterterrorism and Contingency Planning Guide", <u>Security Management Magazine and ASIS International</u>, 2001, Contributing Author.

"Risk Assessment for Risk Management", <u>The Handbook of Information Security</u>, 2004, Reviewer

"Reviews," <u>Security Management Magazine</u>, 2011, "Managing Security Overseas", Reviewer

## **PRESENTATIONS**

Meeting, <u>Chicago Chapter of the American Society for Industrial Security</u>, "Crime Stoppers, Why it Succeeds", Chicago, Illinois. December, 1982.

Meeting, <u>APEX</u>, (Asset Protection Executives), "Crime Stoppers in the Corporation", North Chicago, Illinois. October, 1982.

Lecture, <u>Amoco Corporation</u>, "First Interstate Bank Building Fire; Lessons Learned", Chicago, Illinois and Tulsa, Oklahoma. March, 1989.

Seminar, <u>Amoco Corporation</u>, "Report Writing for Security Officers", Chicago, IL. July, 1989.

Conference, <u>Annual Midwestern Crime Stoppers Conference</u>, "Illinois Auto Theft Prevention Initiatives" Macomb, Illinois. May, 1990.

Conference, <u>Fifth Annual Futures Conference,</u> "Public Sector/Private Sector Liaison", University of Illinois Office of International Criminal Justice, Chicago, Illinois. March, 1991.

Lecture, <u>University of Illinois, Industrial and Commercial Security Administration,</u> "Corporate Security Management", Chicago, Illinois. May, 1991.

Training Program, <u>Amoco Corporation Quality Management</u>, " Quality Education System", Chicago, Illinois. January, February, March, June, 1992.

Lecture, <u>University of Illinois Industrial and Commercial Security Administration</u>, "Corporate Response to The Great Chicago Flood", Chicago, Illinois. April, 1992.

Training Program, <u>Amoco Corporation Facilities and Services</u>, "Personal Protection and Crime Prevention for Employees", Chicago, Illinois. May, 1992.

Training Program, <u>Amoco Corporation, Quality Management</u>, "Quality Education System", Chicago, Illinois. February, March, April, 1993.

Lecture, <u>University of Illinois, Industrial and Commercial Security Administration</u>, "Contemporary Crisis Management", Chicago, Illinois. April, 1993.

Conference, <u>NeoCon Annual Buildings Show</u>, "Facility Protection Issues", Chicago, Illinois. June, 1993.

Training Program, <u>Amoco Corporation</u>, "Report Writing for Private Security Officers", Chicago, Illinois. July, August, 1993.

Training Program, <u>Amoco Corporation,</u> "Legal Issues for Private Security Officers", Chicago, Illinois. July, August, 1993.

Training Program, <u>Amoco Corporation</u>, "Amoco Career Management", Chicago, Illinois. October, 1993.

Lecture, <u>University of Illinois, Industrial and Commercial Security Administration</u>, "Contemporary Crisis Management", Chicago, Illinois. November, 1993.

Seminar, <u>Interaction '93, Trends of the 90's: Stalking and Offender Profiling</u>, "Private Security Response", Illinois Association of Chiefs of Police, Chicago, Illinois. November, 1993.

Workshop, Japanese <u>Security System Association</u> "American Private Security Forum", University of Illinois Office of International Criminal Justice, Chicago, Illinois. January, 1994.

Training Program, <u>Kraft General Foods</u>, "Legal Issues for the Security Officer", Northfield, Illinois. January, February, 1994.

Training Program, <u>Navistar International</u>, "Hotlines as a Tool for Corporate Security", Chicago, Illinois. March, 1994.

Lecture, <u>University of Illinois, Industrial and Commercial Security Administration</u>, "Crisis Management and Corporate Security", Chicago, Illinois. April, 1994

Training Program, <u>Total Quality Management</u>, "Continuous Improvement, Applications in Security", Rank Video Services, Northbrook, Illinois. May, 1994.

Workshop, <u>People's Republic of China, National Police</u>, "Public-Private Sector Cooperation Issues", University of Illinois Office of International Criminal Justice, Chicago, Illinois. September, 1994.

Workshop, <u>Japanese Security System Association,</u> "American Private Security Forum", University of Illinois Office of International Criminal Justice, Chicago, Illinois. September, 1994.

Meeting, <u>Milwaukee Chapter of the American Society for Industrial Security</u>, "Disaster Management", Milwaukee, Wisconsin. March, 1995.

Conference, <u>Access Control Conference</u>, "Guard Force Management", "Facility Protection", Chicago, Illinois. March, 1995.

Course, <u>Executive Development Program for Senior Police Officials from</u> <u>Botswana</u>, "Private Security in the United States, Trends and Issues", University of Illinois Office of International Criminal Justice, Chicago, Illinois. July, 1995.

Seminar, <u>Workplace Violence: The Continuing Challenge</u>, American Society for Industrial Security, Denver, Colorado. October, 1995.

Course, <u>Investigative Management</u>, "Investigative Management", Executive Development Group, University of Illinois, Chicago, Illinois. November, 1995.

Seminar, <u>Assets Protection Course I: Concepts and Methods</u>, "Organization and Management", ASIS International, Chicago, Illinois. November, 1995.

Conference, <u>Access Control Conference</u>, "Security Personnel", "Disaster Management", and "Facility Protection", Washington, DC. February, 1996.

Conference, <u>Security Systems Integration Conference and Expo,</u> "Guard Services - Managing Your Security Forces Effectively", New York, New York. February, 1997.

Lecture, <u>Governor's State University, Criminal Justice Legal Issues</u>, "Legal Issues in Security Management", University Park, Illinois. November, 1997.

Lecture, <u>University of Illinois, Industrial and Commercial Security Administration</u>, "Crisis Management and Corporate Security", Chicago, Illinois. October, 1998

Seminar, <u>International Criminal Investigative Training Assistance Program (ICITAP)</u>, "Mid-Level Management", Sofia, Bulgaria. March, 1999.

Lecture, <u>American Society for Industrial Security, Annual Conference,</u> " The Necessity of Training and Re-training", Las Vegas, Nevada. September, 1999

Seminar, <u>International Criminal Investigative Training Assistance Program (ICITAP)</u>, "Human Dignity and Ethics", Yerevan, Armenia. April, 2000.

Seminar, <u>International Criminal Investigative Training Assistance Program</u> (ICITAP) "Police Media Relations", Accra, Ghana. May, 2000.

Meeting, <u>Chicago Travel Managers Association,</u> "International Travel Safety" Lake Forest, IL April, 2002

Conference, <u>eyefortransport Cargo Security Forum,</u> "Meeting the Security Challenge through Employee Screening", and "How to Develop a Supply Chain Integrity Program, Washington, DC December, 2002.

Conference, <u>Aon Business Continuity Management</u>, "Crisis Management", Montreal, Canada April, 2003.

Conference, <u>Aon Business Continuity Management,</u> "The BIA and Beyond", Sao Paulo, Brazil May, 2003.

Conference, <u>Aon Business Continuity Management,</u> " Business Continuity Planning", Buenos Aires, Argentina July, 2003.

Lecture, <u>Import Compliance & Supply Chain Security</u>, "Mitigating the External Threat to Your Supply Chain" and "Methods to Decrease Workforce Liability", Santa Monica, CA March 2004

Lecture, <u>Association of Global Travel Executives, Global Conference 2004</u>, "Global Travel Security: Safeguarding Business Travelers in the New World", Orlando, FL April, 2004

Lecture, <u>Sorptive Minerals Institute, Spring Forum</u>, "Corporate Security as a Strategic Business Partner", Tucson, AZ May 2004

Lecture, Cook County Crime Stoppers Conference on Terrorism, "Economic Impacts of Terrorism", Chicago, IL June, 2004

Meeting, Information Security Systems Association, "Bridging the Gap between Corporate and Information Security", Rosemont, IL November 2004

Seminar, Strafford Security Briefings, "Security Metrics & Benchmarking", Atlanta, GA, January, 2005

Training Program, Combined Insurance Company of America, "Fraud Detection and Management", Glenview, IL July 2005

Training Program, Aon Risk Services, "Street Smarts", San Francisco, CA September 2005

Training Program, Aon Consulting Worldwide, "Fraud Detection and Management", Rolling Meadows, IL April 2006

Lecture, SecureWorld Expo 2007, "Leading Global Asset Protection", Rosemont, IL April 2007

Webcast, Strafford Publications, "Security Internal Investigations", Atlanta, GA May 2007

Presentation, Food Security Conference, Kraft Foods, "Investigations; Lessons Learned", Evanston, IL December 2007

Training Program, Abbott Laboratories, "Active Shooter Program", North Chicago, IL April 2009

Training Program, Abbott Laboratories, "Kidnap, Ransom, and Extortion", Dubai, U.A.E. June 2010

Training Program, Abbott Laboratories, "EuroCon 2010", Warsaw, Poland, October 2010

Conference, Abbott Laboratories, International Staff Meeting, "Arab Spring Update", Abbott Park, IL, March, 2011

Presentation, Navigating Today's Job Market, Chicago Chapter of ASIS International, Chicago, IL, March, 2014

Lecture, Illinois State University, History of Modern Africa HIS266, "Critical Incident Management, North Africa & Middle East", Normal, IL, March 2015

Lecture, Illinois State University, History of Modern Africa HIS266, "Critical Incident Management, North Africa & Middle East", Normal, IL, March 2016

Lecture, Illinois State University, History of Modern Africa HIS266, "Critical Incident Management, North Africa & Middle East", Normal, IL, March 2017

## SIGNIFICANT PROFESSIONAL PROJECTS

1980   Police/Fire Communications Consolidation project including engineering and construction of a new facility and a staffing reorganization converting to civilian staff.

1981   Development and implementation of Crime Stoppers programs in communities through consultation with the law enforcement agencies and community groups in;

1983   Boulder, Colorado                                Quad Cities, Moline, Illinois
Kankakee County, Kankakee, Illinois          Des Plaines, Illinois
Kenosha County, Kenosha, Wisconsin         Waterbury, Connecticut
Greater South Bend Area, South Bend, Indiana

1985   Drug Abuse Resistance Education: program initiative resulting in the City of Waukegan being the second such program operational in the State of Illinois.

1986   Led the City through two Federally declared disasters (1986, 1987) and generated $6MM in Federal disaster relief funding for the City.

1988   Developed and implemented a complete incident reporting and tracking records system within the Protection Services Department.

1989   Security Communications Center: projects of design and construction (1988) and expansion (1992), of the center through the use of telephone, intrusion and fire alarm systems, CCTV, radio and electronic access control systems.

1990   Data Center Relocation Project: provided door-to-door security for the physical relocation of the company data center from Chicago, IL to Tulsa, OK with ground and air operations in a time critical and high risk environment.

1994   Access Control Project: design, research, and construction of a replacement electronic access control system including identification and retention of engineering consultant, product manufacturer and system installer.

1995   Amoco Torch Classic: provided complete security for annual corporate olympics in Chicago for 5,000 participants during a one-week period.

1996   Incident Tracking/Reporting Project: design, research, and implementation of project to employ incident tracking software system for United Armored Services.

1997   Security Plan, Multi-Plant Shutdown: consultation, design and implementation of Thompson manufacturing plants being shutdown affecting 5000 employees.

1998   ID/Badging Project: research, design, and presentation of corporate-wide Badging System for Ameritech in five-state region.

1999   Major Special Events Security Program: development and implementation of security support for large special events including NASCAR racing events and annual awards events in the Caribbean.

2000   Crisis Response Program: developed and implemented Corporate Security Crisis Response efforts to events including Hurricane Floyd.

2001   Travel Safety Program: developed and managed a company-wide international business traveler security program for Grainger employees travelling globally.
September 11, World Trade Center: responded to the local Grainger branch and warehouse operation located within the inner perimeter of the WTC to secure the facility and supply chain, providing 24/7 support to emergency responders.

2002   Business Continuity Program: developed and implemented a corporate BC planning effort on a worldwide basis for Aon Corporation which encompassed 1200 business units in over 120 countries.

2003   Global Corporate Security Program: developed and implemented the global corporate security function for Aon Corporation to include risk assessments, countermeasure design and implementation, corporate investigations, due diligence, litigation support as well as critical incident response and management.

2005 <u>Corporate Investigations Protocol:</u> at Aon Corporation, developed and implemented policy and procedure governing investigations of criminal activity and employee misconduct conducted throughout the company by designated investigators.

2006 <u>Wire Fraud and Embezzlement:</u> Initiated and managed a multi-million dollar complex fraud investigation leading to the Federal prosecution of Business Unit executives.

2007 Conducted site security assessments of manufacturing, supply chain and warehouse facilities throughout the U.S. and Canada for Kraft Foods.

2008 <u>Special Situations Management:</u> Led and managed the investigative response to numerous high profile product contamination, theft, and fraud matters for a global Fortune 100 food manufacturer.

2009 <u>Pandemic Planning:</u> Developed contingency plans for H1N1 Pandemic on behalf of a Fortune 100 global pharmaceuticals firm.
<u>Due Diligence:</u> Conducted due diligence regarding a major international acquisition by client in regard to crisis management and business continuity.

2010 <u>Wire Fraud and Embezzlement:</u> Managed and conducted a multi-state complex fraud investigation resulting in a Federal investigation of client employees and vendors for one of the largest U.S. dairy and agricultural products companies.
<u>Investigations:</u> Conducted investigations throughout Europe and the Middle East regarding employee misconduct, workplace violence, fraud, theft of trade secrets.

2011 "<u>Arab Spring</u>": Advised and managed client response to geo-political unrest in Tunisia, Algeria, Cote d'Ivoire, Libya, Egypt, Jordan, Syria, Bahrain, and Yemen including employee security, ex-patriot extraction, facility protection, and business continuity.

\*\*\*\*